UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 13 2021
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

|  |  |
|---|---|
| WILLIE YOUMANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 19-3150 (UNA) |
| VETERANS AFFAIRS, | ) ) ) |
| Defendant. | ) ) ) |

**MEMORANDUM OPINION**

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted such that they can prepare a responsive answer, prepare an adequate defense, and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

1

Instead of setting forth factual allegations to support a particular legal claim, the complaint instead appears to list grievances pertaining to a prior civil action, *Youmans v. McDonald*, No. 1:15-cv-0589 (EGS ), which the undersigned dismissed without prejudice by Minute Order on May 8, 2019. Plaintiff neither states a basis for this Court's jurisdiction, makes a short and plain statement of the claim showing that he is entitled to relief, nor demands judgment for any particular form of relief. As drafted, plaintiff's *pro se* complaint fails to comply with the minimal pleading standard set forth in Rule 8(a).

The Court will grant plaintiff's application to proceed *in forma pauperis* and dismiss the complaint and this civil action without prejudice. An Order is issued separately.

/s/
EMMET G. SULLIVAN
United States District Judge

DATE: August 13, 2021